IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS W. OLICK,

    Plaintiff,

v.

COMMONWEALTH OF PA, CITY OF EASTON,
CITY OF EASTON POLICE DEPARTMENT,
OFFICER BRUNEO, SERGEANT MARACINNI and
LIEUTENANT LOHENITZ,

    Defendants.

CIVIL ACTION
NO. 15-5786
NO. 15-5820

## ORDER

**AND NOW**, this 10th day of November, 2016, upon review of all pending motions in the above-captioned matters, it is hereby **ORDERED** as follows:

1. Plaintiff's attempted "removal" of his state criminal case to this court in civil action number 15-5786 is improper and this matter is therefore **DISMISSED** with prejudice;

2. All motions currently pending in civil action number 15-5786 are **DENIED** (Docket Nos. 14, 18 and 28);

3. The Clerk shall mark civil action number 15-5786 closed;

4. The Motion to Dismiss Plaintiff's Complaint filed by Defendants in civil action number 15-5820 is **GRANTED**;

5. All motions currently pending in civil action number 15-5820 are **DENIED** (Docket Nos. 18, 24 and 27);

6. Civil action number 15-5820 is **DISMISSED**; and

7. The Clerk shall mark civil action number 15-5820 closed.

                                                 BY THE COURT:

                                                 **/s/ Jeffrey L. Schmehl**
                                                 Jeffrey L. Schmehl, J.