IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS W. OLICK,

    Plaintiff,

v.

SERGEANT MARACCINI,

    Defendant.

CIVIL ACTION
NO. 15-5820

## ORDER

**AND NOW**, this 13th day of June, 2019, upon review of all pending motions in this matter and responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's "Motion to Reconsider this Court's 11/13/18 Order" (Docket No. 53) is **DENIED**;

2. Plaintiff's "Motion for Sanctions for Spoilage of Evidence" (Docket No. 56) is **DENIED**;

3. Plaintiff's "Motion to Compel Discovery" (Docket No. 65) is **DENIED** as moot;

4. Plaintiff's "Motion to Quash and/or Estop Plaintiff's Deposition" (Docket No. 66) is **DENIED** as moot; and

5. Plaintiff's "Amended Motion to Compel Discovery Regarding Admissions" (Docket No. 67) is **DENIED**.

                                    **BY THE COURT:**

                                    /s/ Jeffrey L. Schmehl
                                    Jeffrey L. Schmehl, J.